# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF ALABAMA

In re

Case No. 12-32588-DHW
Chapter 13

REGINALD TAYLOR,
PATRICIA TAYLOR,

      Debtors.

## ORDER GRANTING MOTION TO DETERMINE MORTGAGE CURRENT

The debtors filed a motion (Doc. #65) to declare their mortgage current, as the creditor, Bank of America, N.A. has been returning payments to the trustee stating that the claim was transferred to Nationstar Mortgage. However, Nationstar Mortgage has not filed a notice of transfer, as required. The court held a hearing on the matter and for the reasons stated from the bench in open court, it is

ORDERED that the motion is GRANTED and claim #7 filed by Bank of America shall be reduced to the amount paid.

Done this 7th day of July, 2014.

      /s/ Dwight H. Williams, Jr.
      United States Bankruptcy Judge

c:    Debtors
      Richard D. Shinbaum, Attorney for Debtors
      Bank of America, N.A., Creditor
      Nationstar Mortgage, Creditor
      Curtis C. Reding, Trustee