IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
MONTGOMERY

IN RE:

REGINALD TAYLOR AND PATRICIA TAYLOR

12-32588
Chapter 13

NOTICE OF APPEARANCE PURSUANT TO BANKRUPTCY RULE 9010 (b) and REQUEST FOR NOTICES UNDER BANKRUPTCY RULE 2002

To the Clerk of the United States Bankruptcy Court:

**PLEASE TAKE NOTICE** and pursuant to Bankruptcy Rule 9010 (b) enter the appearance of:

Shapiro & Ingle, L.L.P.
10130 Perimeter Parkway
Suite 400
Charlotte, NC 28216

as counsel for Nationstar Mortgage LLC, a creditor of the above named Debtor(s).

**REQUEST** is further made by counsel that all Notices required to be given to parties in interest pursuant to Bankruptcy Rule 2002 be mailed to counsel.

*/s/Helen Ball*
Helen Ball
Attorney for Creditor
10130 Perimeter Parkway
Suite 400
Charlotte, NC 28216
ncbkmail@shapiro-ingle.com
Phone: (704) 333-8107
Fax: (704) 333-8156

IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

**In re:**
**REGINALD TAYLOR**　　　　　　　　　　　CASE NO: 12-32588
**PATRICIA TAYLOR**　　　　　　　　　　　CHAPTER: 13
**Debtor(s)**

**CERTIFICATE OF SERVICE**

I hereby certify that I have this day served the foregoing and annexed pleading or paper upon:

(Served via U.S. Mail)
Reginald Taylor
5850 Bridle Path Lane
Montgomery, AL 36116

(Served via U.S. Mail)
Patricia Taylor
5850 Bridle Path Lane
Montgomery, AL 36116

(Served via U.S. Mail)
Attn: Managing Agent
Bank of America, N.A,
450 American St
Simi Valley, CA 93065

(Served via Electronic Notification Only)
Richard D. Shinbaum
Shinbaum & Campbell
P.O. Box 201
Montgomery, AL 36101-0201

(Served via Electronic Notification Only)
Curtis C. Reding
P.O. Box 173
Montgomery, AL 36101

by depositing the same in a postpaid wrapper properly addressed to each such party or his attorney of record in a post office or other official depository under the exclusive care and custody of the United States Postal Service and/or by electronic mail, if applicable.

This the 30th day of November, 2015.

/s/Helen Ball
Helen Ball
Attorney for Creditor
10130 Perimeter Parkway
Suite 400
Charlotte, NC 28216
ncbkmail@shapiro-ingle.com
Phone: (704) 333-8107
Fax: (704) 333-8156

15-008749