IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

In re:
REGINALD TAYLOR                              CASE NO: 12-32588
PATRICIA TAYLOR                              CHAPTER: 13
Debtor(s)

## MOTION FOR RELIEF FROM THE AUTOMATIC
## STAY OF SECTION 362 OR IN THE ALTERNATIVE ADEQUATE PROTECTION BY
## NATIONSTAR MORTGAGE LLC

**COMES NOW** Nationstar Mortgage LLC, (hereinafter sometimes referred to as "Movant"), a secured creditor in this proceeding, by and through its attorneys of record and hereby moves this Honorable Court to enter an Order granting to Movant relief from Section 362 of the United States Bankruptcy Code so as to permit the foreclosure of the mortgage in favor of Movant upon the real property securing its claim and as grounds for said motion, Movant states as follows:

1. On October 2, 2012, the Debtors, Reginald Taylor and Patricia Taylor, filed a petition with the Bankruptcy Court for the Middle District of Alabama under Chapter 13 of Title 11 of the United States Code.

2. On the date the petition was filed, the Debtors were the owners of real property with an address of 5850 Bridle Path Ln, Montgomery, AL 36116-1032 ("Property") and more particularly described in the Mortgage referred to below.

3. The said Mortgage secures a Note in favor of Countrywide Home Loans, Inc., in the original principal amount of $130,050.00, dated June 26, 2003 ("Note"), a copy of which is attached as "Exhibit 2".

4. The Property is subject to the first lien of the Movant by the Mortgage recorded in the Montgomery County Public Registry, ("Mortgage"), a copy of which is attached as "Exhibit 1".

5. The said Note and Mortgage have been transferred and assigned to Nationstar Mortgage LLC.

6. Pursuant to the plan, the Debtors were to continue paying the current mortgage payments to Nationstar Mortgage LLC outside of the plan.

7. The Debtors have defaulted in the payment of the mortgage payments to be made outside of the plan. Upon information and belief, the amount of the default, exclusive of attorney fees and costs, is as follows:

   | | |
   |---|---|
   | 7 payments at $861.32 | $6,029.24 |
   | May 1, 2015 To November 1, 2015 | |
   | Less Suspense | $843.80 |
   | TOTAL PAYMENTS DUE | $5,185.44 |

8. Attached hereto is a post-petition payment ledger of all direct payments received from the Debtors.

9. Attached are redacted copies of any documents that support the claim, such as promissory notes, purchase order, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements in support of right to seek a lift of the automatic stay and foreclose if necessary.

10. The approximate payoff is $107,135.00.

11. The scheduled value of the subject property is $146,000.00.

12. Upon information and belief, there on the subject property in favor of Bank of America, N.A,, in the amount of $21,797.00. Debtors have stated this on their Schedule D.

13. Because the Debtors have failed to keep the payments current, as required, the property is not necessary for an effective reorganization, and there is no equity in the property, Nationstar Mortgage LLC, is entitled to relief from the Automatic Stay pursuant to Section 362(d)(1) of the Bankruptcy Code for cause shown including, but not limited to, lack of adequate protection.

14. This motion shall serve as notice to the Debtor that the Movant will collect reasonable attorney fees and costs as allowed by the Note and Mortgage.

15. Nationstar Mortgage LLC services the Debt Agreement/Note/Home Equity Note on the property. In the event the automatic stay is modified, this case dismisses and/or the Debtor receives a discharge and a foreclosure action is commenced on the property, the foreclosure will be conducted in the name of Movant.

**WHEREFORE,** Nationstar Mortgage LLC prays the Court as follows:

1. Modify the Automatic Stay of Section 362(a) of the Bankruptcy Code to permit Nationstar Mortgage LLC to enforce its security interest in the real property of the Debtors.

2. As an alternative to the relief prayed for above, grant adequate protection to Nationstar Mortgage LLC for its interest in the property of the Debtors.

3. Modify Rule 4001(a)(3) of the Federal Rules of Bankruptcy Procedure so that it is not applicable in this case and so Nationstar Mortgage LLC may immediately enforce and implement this order granting relief from the automatic stay.

4. Modify Rule 3002.1(b) and Rule 3002.1(c) of the Federal Rules of Bankruptcy Procedure so that it is not applicable in this case as to Nationstar Mortgage LLC.

5. Grant Nationstar Mortgage LLC reasonable costs and attorney fees incurred in connection with this proceeding; and,

6. Grant Nationstar Mortgage LLC such other and further relief as may seem just and proper.

7. The Movant further seeks relief to contact the Debtor by telephone or written correspondence and, and at its option, offer, provide and enter into any potential forbearance agreement, loan modification, refinance agreement or other loan workout or loss mitigation agreement.

8. The Movant further requests that this Court require the Debtor to obtain court approval of any future agreements or modifications which increase or reduce the Debtor's disposable income and/or which affect the ability of the Debtor to perform under the Chapter 13 Plan.

This the 14th day of December, 2015.

*/s/ William P. Harris*
William P. Harris
Attorney for Creditor
10130 Perimeter Parkway
Suite 400
Charlotte, NC 28216
ncbkmail@shapiro-ingle.com
Phone: (704) 333-8107
Fax: (704) 333-8156

**IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA**

In re:
**REGINALD TAYLOR**            CASE NO: 12-32588
**PATRICIA TAYLOR**           CHAPTER: 13
Debtor(s)

**CERTIFICATE OF SERVICE**

      I hereby certify that I have this day served the foregoing and annexed pleading or paper upon:

| (Served via U.S. Mail) | (Served via U.S. Mail) |
|---|---|
| Reginald Taylor | Attn: Managing Agent |
| 5850 Bridle Path Lane | Bank of America, N.A, |
| Montgomery, AL 36116 | 450 American St |
| | Simi Valley, CA 93065 |
| (Served via U.S. Mail) | |
| Patricia Taylor | (Served via Electronic Notification Only) |
| 5850 Bridle Path Lane | Richard D. Shinbaum |
| Montgomery, AL 36116 | Shinbaum & Campbell |
| | P.O. Box 201 |
| | Montgomery, AL 36101-0201 |
| | (Served via Electronic Notification Only) |
| | Curtis C. Reding |
| | P.O. Box 173 |
| | Montgomery, AL 36101 |

by depositing the same in a postpaid wrapper properly addressed to each such party or his attorney of record in a post office or other official depository under the exclusive care and custody of the United States Postal Service and/or by electronic mail, if applicable.

      This the 14th day of December, 2015.

                                       */s/ William P. Harris*
                                       William P. Harris ASB-5744-R99Y
                                       Attorney for Creditor
                                       10130 Perimeter Parkway
                                       Suite 400
                                       Charlotte, NC 28216
                                       ncbkmail@shapiro-ingle.com
                                       Phone: (704) 333-8107
                                       Fax: (704) 333-8156

15-008749