The relief described hereinbelow is SO ORDERED

Done this 3rd day of May, 2016.

*Dwight A. Williams, Jr.*
**Dwight H. Williams, Jr.**
**United States Bankruptcy Judge**

_____

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| IN RE: <br><br> **REGINALD TAYLOR** <br> **PATRICIA TAYLOR** <br><br> **DEBTORS.** | **CASE NO: 12-32588** |

## ORDER CONDITIONALLY DENYING MOTION FOR RELIEF FROM STAY AND PROVIDING ADEQUATE PROTECTION AS TO NATIONSTAR MORTGAGE LLC

This matter coming on to be heard upon the Motion For Relief From Stay or in the Alternative Motion for Adequate Protection filed by Nationstar Mortgage LLC and the Court being informed that the Debtor, and Nationstar Mortgage LLC have reached an agreement. The Court having reviewed the pleadings, having considered the stipulations of counsel and having

considered all other admissible evidence, it is, hereby, ORDERED, ADJUDGED AND DECREED as follows:

1. The Motion For Relief From Stay is CONDITIONALLY DENIED as to any arrearage due in connection with the mortgage involved through the month of 2/1/2016, subject to the further provisions of this Order.

2. The post-petition arrearage owed to Nationstar Mortgage LLC through the month of 2/1/2016, in the amount of $5,362.53 shall be added to the Plan and shall be paid by the Trustee upon the filing of a Proof of Claim. The following is a breakdown of the arrearage to be added to the Plan:

| | |
|---|---|
| 6 payments @ $861.31 each 9/1/2015- 2/1/2016 | $5,167.86 |
| Bky Atty Fee | $325.00 |
| Court Cost | $176.00 |
| Less Suspense | $(306.39) |
| Total | $5,362.53 |

3. The payments to the Chapter 13 Trustee shall are set at $600.00 MONTHLY to accommodate for the addition of the postpetition arrearage as set forth hereinabove, and the specified payment to Nationstar Mortgage LLC will be $550.00 per month. The Trustee is further authorized to issue an Amended Payroll Deduction Order, if necessary, to reflect the increased payment to the Trustee pursuant to the terms of this Order.

4. As adequate protection, Debtor shall resume the regular consecutive monthly payments in the amount of $861.32 beginning with the payment due 3/1/2016. Said payments shall be paid directly by the Debtor to Nationstar Mortgage LLC.

5. The Automatic Stay is hereby MODIFIED to the extent that should the Debtor fail to maintain such full monthly payments then twenty (20) days after the mailing of written notice by Nationstar Mortgage LLC to Debtor, Debtor's attorney and Trustee regarding such default, and such default continuing past such twenty (20) day period, Nationstar Mortgage LLC may proceed with the foreclosure of the real property in accordance with the terms of its mortgage and the Alabama Code without further order of this Court and shall thereafter amend its claim for the unsecured deficiency which may thereafter remain.

6. In the event the automatic stay is terminated pursuant to the terms of this Order, Nationstar Mortgage LLC shall not be required to file a Notice of Mortgage Payment Change, Fee Notice and/or a response to the Trustee's Notice of Final Cure as contemplated by Rule 3002.1 of the Federal Rules of Bankruptcy Procedure.

7. Bankruptcy Rule 3001(c)(2)(C), as amended, is not applicable to the Supplemental Proof of Claim to be filed in connection with this Order and Nationstar Mortgage LLC shall not be required to file an escrow account statement as of the date of the bankruptcy filing if one has not previously been filed.

8. In the event the automatic stay is terminated pursuant to the terms of this Order, Bankruptcy Rule 4001(a)(3) shall not apply and the Creditor may proceed immediately with foreclosure.

<div style="display: flex; justify-content: space-between;">

<u>Order consented by:</u>
Richard D. Shinbaum
Shinbaum & Campbell
P.O. Box 201
Montgomery, AL 36101-0201

(334)269-4440

Curtis C. Reding
P.O. Box 173
Montgomery, AL 36101

(334)262-8371

Order prepared by:
William P. Harris
Shapiro and Ingle, LLP
704-333-8107
File No: 15-008749

</div>

**END OF DOCUMENT**