# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF ALABAMA

In re                                                    Case No. 12-32588-DHW
                                                         Chapter 13
REGINALD TAYLOR,
PATRICIA TAYLOR,

    Debtors.


## ORDER DENYING MOTION


Debtors filed a motion (Doc. # 89) requesting that their mortgage with Nationstar be declared current. The matter came on for hearing on September 22, 2016. In accordance with the ruling from the bench in open court, it is

ORDERED that the motion is DENIED.

Done this 22nd day of September, 2016.

Dwight H. Williams, Jr.
United States Bankruptcy Judge


c:  Debtor
    Richard D. Shinbaum, Attorney for Debtor
    Sabrina L. McKinney, Acting Trustee